UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

             Plaintiff,

vs.

CYNTHIA RODRGIUEZ (1),

             Defendant.

CASE NO. 11CR0573-H

**JUDGMENT OF DISMISSAL**

FILED
MAR 2 0 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

    IT APPEARING that the defendant is now entitled to be discharged for the reasons that:

__X__ the defendant has complied with the terms and conditions of the Deferred Prosecution Agreement for a period of 12 months; and

__X__ the Court has granted the motion of the Government for dismissal with prejudice;

__X__ of the offense as charged in the Information:

    21 U.S.C. 952 and 960 - Importation of Marijuana

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged and the case is hereby dismissed with prejudice.

DATED: 3/15/12

MARILYN L. HUFF, U.S. District Judge
UNITED STATES DISTRICT COURT